UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ -X

CAMERON INDUSTRIES, INC.,

                          Plaintiff,

        -v-

MAX RAVE LLC,

                    Defendant.

------------------------------------------------------------------ -X

08 CIV. 2556 (DLC) (FM)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6·24·08

DENISE COTE, District Judge:

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute*

_____

_____

____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

**X** Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose: _____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

*    Do not check if already referred for general pretrial.

**SO ORDERED:**

DATED:    New York, New York
            June 23, 2008

_____
DENISE COTE
United States District Judge