# Schlacter & Associates

*Attorneys at Law*

**450 Seventh Avenue**

**New York, NY 10123**

Telephone (212) 695-2000
Telecopier (212) 629-5825

NEW JERSEY OFFICE

TWO UNIVERSITY PLAZA
HACKENSACK, NJ 07601
TEL: (201) 342-0999
FAX: (201) 487-1301

**MEMO ENDORSED**



June 26, 2008

The Honorable Denise Cote
United States District Court - Southern
    District of New York
500 Pearl Street
New York, NY 10007

        Re:    Cameron Industries, Inc. v. Max Rave LLC
              08 Civ. 2556

Dear Judge Cote:

    As you recall, our firm represents the plaintiff in this matter. I must apologize for this letter request, because at the time of our conference on June 20th, I was not aware of my client's travel plans in March 2009.

    The Pretrial Scheduling Order issued on June 23, 2008 indicates that this case will be marked ready for trial in March 2009.

    However, I have now been advised by my client that he and his designer will be traveling in China on business during March 2009. It is therefore respectfully requested that this case be placed on the April 2009 trial ready calendar, rather than the March calendar. This change would not affect the other dates in the Pretrial Scheduling Order. In addition, I have spoken with counsel for defendant, Neil Brenes, and he consents to this request.

    Thank you for your consideration and courtesies.

Respectfully,

*[signature]*

JED R. SCHLACTER

*Granted. The case is placed on the April trial ready calendar.*

*[signature: Denise Cote]*
*June 30, 2008*

JRS/srj
cc:   Neil F. Brenes, Esq. - By Fax 212 593-6970

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08